## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

T.F., BY HIS GUARDIAN, LISA ELLERN-FELDMAN,

     *Plaintiff,*

     v.

DISTRICT OF COLUMBIA,

     *Defendants.*

Civil Action No. 1:23-cv-03612 (CJN)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment, ECF No. 30, is **GRANTED IN PART** and **DENIED IN PART**; and it is further

**ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 31, is **DENIED**; and it is further

**ORDERED** that the portions of the Hearing Officer's Determination regarding extended schoolyear and transition services are **VACATED**; and it is further

**ORDERED** that this matter is **REMANDED** to the Hearing Officer for the determination of a further award of compensatory education and a reassessment of the previously ordered remedy, in light of the accompanying Memorandum Opinion.

DATE:  March 28, 2025

_____
CARL J. NICHOLS
United States District Judge